FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★    NOV 27 2018    ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Yekutiel Bassul** individually
and all other similarly situated consumers,

Plaintiff,

v.

Cavalry Portfolio Services LLC

Defendant.

_____/

**STIPULATION OF DISMISSAL**

Case No. 1:18-cv-03836-ENV-VMS

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff and defendant, by and through their undersigned counsel,

in the above-titled action and request entry of a Final Order of Dismissal with Prejudice

in this matter, each party to bear its own costs and fees, and without prejudice as to the

rights of any putative class members other than Plaintiff, if any.

Dated this 24th day of October 2018.

/s/ David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY 11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

/s/ Thomas R. Dominczyk
Thomas R. Dominczyk, Esq.
Maurice Wutscher, LLP
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
Phone: (908) 237-4550
Fax: (908) 237-4551
Email: tdominczyk@mauricewutscher.com

Attorney for Defendant

The Clerk is
directed to close
this case.

Application Granted
SO ORDERED

Brooklyn, New York

Dated: 11/18/2018

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge